IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MATTHEW SCOTT BURGESS, Defendant. | CR 08–05–M–DWM ORDER |

The government having moved unopposed to dismiss the final allegation in the revocation petition in this case filed October 12, 2016,

IT IS ORDERED that the government's motion (Doc. 57) is GRANTED. Allegation number 10 is DISMISSED.

Dated this 4th day of November, 2016.

Donald W. Molloy, District Judge
United States District Court